Name: JAMIE OSUNA

CDC No: BD0868

Address: 4A-1L-#44/CSP/COR/ P.O.BOX:3476

Corcoran, CA 93212

**FILED**

**JUL 20 2026**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

)

CASE NUMBER:   1:26-cv-01144-JLT-EPG

JAMIE OSUNA          Plaintiff/Petitioner,

v.

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS
## BY A PRISONER

Defendants/Respondent.

HECTOR FERREL, et al.                              /

I, _____ JAMIE OSUNA _____, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?    _X_ Yes   __ No   (If "no" DO NOT USE THIS FORM)

State the place of your incarceration. CORCORAN PRISON/Segregation housing unit

2.    Are you currently employed (includes prison employment)?    __ Yes   XX No

a.    If the answer is "yes" state the amount of your pay. _____ N/A _____

b.    If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.
9/2007 to sometime 2008
self employeed granfather other family 2007 15.00 hour dont remem,ber homeddress
ive been incarcerated for almost 15 years

3.    Have you received any money from the following sources over the last twelve months?

a.    Business, profession, or other self-employment:    __ Yes    _X_ No

b.    Rent payments, interest or dividends:    __ Yes    _X_ No

c.   Pensions, annuities or life insurance payments:     ___ Yes     X No

d.   Disability or workers compensation payments:     ___ Yes     X No

e.   Gifts or inheritances:     ___ Yes     X No

f.   Any other sources:     X Yes     ___ No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary) 1. inmate deposite $1.42¢ one dallor 42 cents. on 1/1/26 2/20/26 $5.00¢ five dallors 3. 2/22/26, 2/25,26 $5.00 five dallors both dates on 3/1/26,3/3/26,3/4/26,3/5,3/8 26 total 4. $25.00 twenty five dallors, i do not have cerifyd statment for months of 6/17/25 to 12/25

4.   Do you have cash (includes balance of checking or savings accounts)?     ___ Yes ___ No
XXXX when i filed the complaint i had $0.oo zero dallors on may9th 26 my account balance was $5.30¢ ive attached document on 4/17/26 i was charged for copies $5.30 from time of complaint
If "yes" state the total amount:  NO from time         filed should be zero now in july there may
                    complaint         be $46.00 because our tablets had it on
      there and we cdcr switchhed new companys money on tablet would bw transfered tO acount

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?     ___ Yes     x No

If "yes" describe the property and state its value:     N/A

6.   Do you have any other assets?     ___ Yes     X No

If "yes," list the asset(s) and state the value of each asset listed:     N/A

7.   List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
      N/A

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

_____7/15/26_____          _____
DATE                                   SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at
_____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____          _____
DATE                                   SIGNATURE OF AUTHORIZED OFFICER

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 |

**Current Available Balance:** $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 04/01/2026 | COR | BEGINNING BALANCE | | | | $178.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:25-CV-00282-EPG | 433889 | ($5.00) | $173.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 433889 | ($5.00) | $168.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 433889 | ($5.00) | $163.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 433889 | ($5.00) | $158.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 433889 | ($5.00) | $153.36 |
| 04/01/2026 | COR | COPY CHARGES | #479 | | ($4.70) | $148.66 |
| 04/17/2026 | COR | COPY CHARGES | #500 | | ($5.30) | $143.36 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| | 12/13/2022 | $143.36 |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($5.00) | $131.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($5.00) | $163.00 |
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | ($5.00) | $246.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | ($5.00) | $261.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | ($5.00) | $343.36 |
| FEDERAL FILING FEE | 1:25-CV-00772-BAM | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:25-CV-01437-HBK | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:26-CV-01144-KES-EP | $350.00 | $0.00 | $350.00 |
| COPY CHARGES | #500 | $5.90 | ($5.30) | $0.60 |
| COPY CHARGES | #507 | $5.10 | $0.00 | $5.10 |
| COPY CHARGES | #531 | $5.10 | $0.00 | $5.10 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| | | | | | | |

6

# Inmate Statement Report

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

7

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | |
|---|---|---|---|---|---|
| BD0868 | OSUNA, JAIME | COR | 04AA1LC1 | 044001 | |

**Current Available Balance:** $5.30

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 01/01/2026 | COR | BEGINNING BALANCE | | | | $153.58 |
| 01/21/2026 | COR | INMATE DEPOSIT | THOMAS STLMNT | 13401 | $1.42 | $155.00 |
| 02/20/2026 | COR | GTL | 22659367107109 | | $5.00 | $160.00 |
| 02/20/2026 | COR | FILING FEES DUE STATE | #443 CERTIFIED STATE | | ($3.00) | $157.00 |
| 02/22/2026 | COR | GTL | 22659387026470 | | $5.00 | $162.00 |
| 02/25/2026 | COR | GTL | 22659463121446 | | $5.00 | $167.00 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:25-CV-00282-EPG | 433736 | ($1.64) | $165.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 433736 | ($3.00) | $162.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 433736 | ($3.00) | $159.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 433736 | ($3.00) | $156.36 |
| 03/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 433736 | ($3.00) | $153.36 |
| 03/01/2026 | COR | GTL | 22659545330726 | | $5.00 | $158.36 |
| 03/03/2026 | COR | GTL | 22659619664293 | | $5.00 | $163.36 |
| 03/04/2026 | COR | GTL | 22659638001317 | | $5.00 | $168.36 |
| 03/05/2026 | COR | GTL | 22659651015590 | | $5.00 | $173.36 |
| 03/08/2026 | COR | GTL | 22659728467236 | | $5.00 | $178.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:25-CV-00282-EPG | 433889 | ($5.00) | $173.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | 433889 | ($5.00) | $168.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | 433889 | ($5.00) | $163.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-01009-SAB | 433889 | ($5.00) | $158.36 |
| 04/01/2026 | COR | FEDERAL FILING FEE | 1:24-CV-00793-SAB | 433889 | ($5.00) | $153.36 |
| 04/01/2026 | COR | COPY CHARGES | #479 | | ($4.70) | $148.66 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount | | |
|---|---|---|---|---|
| | 12/13/2022 | $143.36 | | |

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| DAMAGES - STATE PROPERTY | CELL WINDOW 6/7/21 | $143.36 | $0.00 | $0.00 |
| FEDERAL FILING FEE | 1:24-CV-00793-SAB | $350.00 | ($8.00) | $131.20 |
| FEDERAL FILING FEE | 1:24-CV-01009-SAB | $350.00 | ($8.00) | $163.00 |

6

# Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| FEDERAL FILING FEE | 1:24-CV-01122-KES-SK | $350.00 | ($8.00) | $246.00 |
| FEDERAL FILING FEE | 1:24-CV-01156JLT-EPG | $350.00 | ($8.00) | $261.00 |
| SHIPPING CHARGES | #108 FED-EX | $22.55 | $0.00 | $1.00 |
| FEDERAL FILING FEE | 1:25-CV-00282-EPG | $350.00 | ($6.64) | $343.36 |
| FEDERAL FILING FEE | 1:25-CV-00772-BAM | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:25-CV-01437-HBK | $350.00 | $0.00 | $350.00 |
| FEDERAL FILING FEE | 1:26-CV-01144-KES-EP | $350.00 | $0.00 | $350.00 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BF139419 | Fulfilled | $300.00 | $0.00 | $0.00 | $0.00 |

7