UNITED STATES DISTRICT COURT

**FILED**

EASTERN DISTRICT OF CALIFORNIA

JUL 24 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jamie Osuna BD0868
CSP-COR PO Box 8800
Corcoran, CA 93212,

    Plaintiff,

  v.

Gustavo Hernandez, et al,

    Defendants.

No. **1:26-cv-01144-KES-EPG (PC)**

**NOTICE OF ERRATA AND REQUEST THAT ECF NO. 13 BE MARKED FILED IN ERROR AND DISREGARDED**

Plaintiff states that ECF No. 13, filed July 20, 2026, is an IFP application and supporting trust-account material intended for *Osuna v. Ferrel*, et al., Case No. 1:26-cv-04240-JLT-EPG (PC). The application itself identifies Hector Ferrel, et al., but Plaintiff mistakenly placed this action's case number on the application, causing it to be docketed in this action.

Plaintiff respectfully requests that ECF No. 13 be marked filed in error and disregarded in this action, or stricken if the Court deems appropriate.

Plaintiff is separately submitting the same application in the Ferrel action.

July 22, 2026

*[signature]*

p.p. Jamie Osuna

1