UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE OSUNA,<br><br>      Plaintiff,<br><br>      v.<br><br>HERNANDEZ, *et al.*<br><br>      Defendants. | No. 1:26-cv-1144-KES-EPG<br><br>ORDER RE: REMOVAL OF DOCUMENTS FROM DOCKET<br><br>ORDER DIRECTING THE CLERK OF COURT TO REMOVE ECF Nos. 13, 14 FROM DOCKET<br><br>(ECF Nos. 13, 14, 15) |

On July 24, 2026, Plaintiff filed a notice of errata and a request that certain filings be marked as filed in error and disregarded. (ECF No. 15) The notice provides the following:

> Plaintiff states that ECF No. 13, filed July 20, 2026, is an IFP application and supporting trust-account material intended for *Osuna v. Ferrel, et al.,* Case No. 1 :26-cv-04240-JLT-EPG (PC). The application itself identifies Hector Ferrel, et al., but Plaintiff mistakenly placed this action's case number on the application, causing it to be docketed in this action.
>
> Plaintiff respectfully requests that ECF No. 13[1] be marked filed in error and disregarded in this action, or stricken if the Court deems appropriate. Plaintiff is separately submitting the same application in the *Ferrel* action.

(*Id.*)

After review, the Court shall grant Plaintiff's request and strike ECF Nos. 13 and 14 from the docket.

\\\

---

[1] While Plaintiff's notice only requests ECF No. 13 be marked as filed in error, the Court will also mark ECF No. 14 as filed in error. ECF No. 14 is supplemental information for erroneous filing, which is Plaintiff's application to proceed *in forma pauperis.*

1

Accordingly, the Clerk of Court is respectfully directed to remove or strike the documents captioned "Motion to Proceed In Forma Pauperis" and "Notice/Suppliment [sic] Response to Courts Order for Plaintiff to Provide IFP Application" filed by Plaintiff on July 20, 2026. (ECF Nos. 13, 14).

IT IS SO ORDERED.

Dated:   **July 28, 2026**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE