UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE OSUNA,

Plaintiff,

v.

GUSTAVO HERNANDEZ,

Defendant.

Case No. 1:26-cv-01144-KES-EPG (PC)

ORDER REQUIRING DEFENDANT TO PROVIDE *RAND* NOTICE AND COPY OF LOCAL RULE 260

(ECF No. 23)

Plaintiff Jamie Osuna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant has moved to dismiss this action for failure to state a plausible claim under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 23)

Upon review of Defendant's motion to dismiss, it appears that Defendant has not, as required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998)," which provides important information regarding what a plaintiff must do to properly oppose a motion for summary judgment. *See Woods v. Carey,* 684 F.3d 934, 936. (A notice required under *Rand* must be provided to *pro se* prisoners at the time a *motion to dismiss* or motion for summary judgment are filed) (emphasis added).

Accordingly, the Court will require Defendant to provide the *Rand* notice and a copy of Local Rule 260, which addresses requirements for opposing a motion for summary judgment or summary adjudication.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. By no later November 3, 2026, Defendant shall file on the docket and serve

Plaintiff with the notice and warning required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998)," along with a copy of Local Rule 260.

2. Within thirty (30) days of service of the *Rand* notice and copy of Local Rule 260, Plaintiff may file his opposition or notice of non-opposition to Defendant's Motion to Dismiss. (ECF No. 23).

3. If Plaintiff files an opposition, Defendant shall have ten (10) days from its filing to file any reply.

IT IS SO ORDERED.

Dated: **October 20, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE