IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **JAMIE OSUNA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**GUSTAVO HERNANDEZ, et al.,**<br><br>Defendants. | 1:26-cv-01144-KES-EPG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER AT DKT. NO. 24**<br><br>Judge: Hon. Erica P. Grosjean<br>Trial Date: Not Set<br>Action Filed: February 9, 2026 |

Defendant G. Hernandez has moved for reconsideration of the Court's October 20, 2026, order (Dkt. No. 24), which directed Defendant to file and serve on Plaintiff Jamie Osuna a notice under *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc), and a copy of Local Rule 260 in connection with his motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 23). Having considered the motion and the record, and good cause appearing, the Court ORDERS as follows:

1. Defendant's motion for reconsideration is GRANTED.

2. The October 20, 2026, order (Dkt. No. 24) is VACATED. Defendant is not required to serve a *Rand* notice or a copy of Local Rule 260 in connection with the motion to dismiss (Dkt. No. 23).

3. Plaintiff shall file any opposition to the motion to dismiss (Dkt. No. 23) within 30 days from the date of service of this order. Defendant may file a reply within 10 days after any opposition is filed.

IT IS SO ORDERED.

Dated: ________________________

________________________________
ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

SA2026401672
454120489
45420489