UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE OSUNA,

Plaintiff,

v.

GUSTAVO HERNANDEZ,

Defendant.

Case No. 1:26-cv-01144-KES-EPG (PC)

ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION

(ECF No. 25)

Plaintiff Jamie Osuna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant has moved to dismiss this action for failure to state a plausible claim under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 23)

On October 20, 2026, the Court ordered Defendant to provide Plaintiff with a *Rand* notice and a copy of Local Rule 260. (ECF No. 24).

Before the Court is Defendant's Motion for Reconsideration of this order, which was filed on October 27, 2026. (ECF No. 25). In the motion Defendant argues that the motion to dismiss was filed under Rule 12(b)(6) and does not seek to rely on evidence outside of the pleadings. (*Id.* at 4).

Upon consideration of Defendant's motion and argument presented, the Court shall grant the request for reconsideration and HEREBY ORDERS as follows:

1. Defendant's motion for reconsideration is GRANTED.

2. The October 20, 2026, order (ECF No. 24) is VACATED. Defendant is not required to serve a *Rand* notice or a copy of Local Rule 260 in connection with the motion to dismiss. (ECF

No. 23).

3. Plaintiff shall file any opposition to the motion to dismiss (ECF No. 23) within 30 days of the date of service of this order, *i.e.* November 26, 2026. Defendant may file a reply within 10 days after any opposition is filed.

IT IS SO ORDERED.

Dated: **October 27, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE