FILED

NOV 04 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______
DEPUTY CLERK

Jamie Osuna, BD0868
California State Prison–Corcoran
P.O. Box 8800
Corcoran, CA 93212
Plaintiff in Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMIE OSUNA,

Plaintiff,

v.

GUSTAVO HERNANDEZ,

Defendant.

No. 1:26-cv-01144-KES-EPG (PC)

**PLAINTIFF'S MOTION TO CONFIRM SERVICE PROCEDURES AND REQUIRE USE OF CORRECT MAILING ADDRESS**

Counsel's October 15, 2026 letter directs that documents required to be served on Defendant be sent to her San Francisco office and states, "Service at any other address is defective." Osuna Decl. ¶ 2. Plaintiff seeks confirmation that this instruction does not require re-service of the existing complaint or duplicate mailing of electronically served filings. He is proceeding in forma pauperis in restricted housing, where unnecessary copying and postage are burdensome. Id. ¶ 4. The letter also used an address Plaintiff did not supply. Id. ¶¶ 1–2. This motion is submitted without oral argument under Local Rule 230(l).

## I. THE EXISTING ORDERS GOVERN SERVICE.

ECF No. 2, § IV, at 4 permits service through the Clerk's electronic notice once defense counsel appears. Counsel has appeared. ECF Nos. 22–23. Local Rules 135(a), (g)(1) recognize service by the CM/ECF Notice of Electronic Filing on registered counsel. See also Fed. R. Civ. P. 5(b)(2)(E). Plaintiff requests confirmation that filings served through this procedure require no duplicate paper service.

ECF No. 19 at 2, ¶ 3 relieved Plaintiff of initiating service. Hernandez's filed waiver acknowledges receipt of the complaint and has the effect of service. ECF No. 22 at 1; Fed. R. Civ. P. 4(d)(4).

## II. COUNSEL SHOULD USE THE SUPPLIED MAILING ADDRESSES.

Plaintiff supplied P.O. Box 8800 on a served pleading, without a cell or housing assignment, and also receives mail through P.O. Box 3476. Osuna Decl. ¶ 1. The summons and Defendant's October 19 certificate list Box 3476. ECF No. 20 at 1; ECF No. 23 at 10. The September 17 certificate and October 15 correspondence instead use Box 3461. ECF No. 22 at 2; Osuna Decl. ¶ 2.

CDCR lists Box 8800 as the institutional address, Box 3476 for Facility 4A, and Box 3461 for Facility 3A. Counsel should use an address Plaintiff supplied, not another facility's box. Conventional service on Plaintiff remains required under Local Rule 135(b).

## REQUESTED ORDER

Plaintiff requests confirmation that (1) the existing complaint need not be served again given ECF Nos. 19 and 22; (2) filings served on counsel through CM/ECF require no duplicate mailed copies absent a further order or ineffective electronic service; and (3) counsel shall use Jamie Osuna, BD0868, California State Prison–Corcoran, P.O. Box 8800 or P.O. Box 3476, Corcoran, CA 93212, rather than Box 3461, including for the materials required by ECF No. 24. If any additional service is required, Plaintiff requests identification of the document and required method. No deadline modification is requested.

October 26, 2026

Jamie Osuna

# DECLARATION OF JAMIE OSUNA

I, Jamie Osuna, declare:

1. I am Plaintiff. I receive Corcoran mail through P.O. Box 8800, the main institutional mailing address, or P.O. Box 3476. A pleading I served on defense counsel listed Box 8800 without a cell or housing assignment. Box 3461 is not the mailing address I provided.
2. I received Rebecca Brandel's letter dated October 15, 2026, addressed to P.O. Box 3461. It states: "This office represents G. Hernandez in this action. Copies of all pleadings, motions, or other documents required to be served upon this defendant must be served upon me at the above address in San Francisco. Service at any other address is defective." The address at the top is 455 Golden Gate Ave., Suite 11000, San Francisco, CA 94102-7004.
3. The envelope bears an October 16, 2026 postmark, an October 19 received stamp that is crossed out, and an October 21 received stamp. These are the dates shown on the envelope, not a statement of when I personally received it.
4. I am proceeding in forma pauperis and am in restricted housing. Preparing and mailing duplicate copies would impose a substantial copying and postage burden.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026,

Jamie Osuna

**PROOF OF SERVICE**

Plaintiff proceeds pro se and submits this filing in paper form under L.R. 133(a), (b)(2). Upon filing and transmission through CM/ECF, the Notice of Electronic Filing effects service on registered defense counsel Rebecca Brandel, Deputy Attorney General, representing Defendant Gustavo Hernandez. Fed. R. Civ. P. 5(b)(2)(E); L.R. 135(a), (f), (g)(1). No separate certificate is required for that electronic service. Fed. R. Civ. P. 5(d)(1)(B).

On October 26, 2026, in California, a copy of Plaintiff's Motion to Confirm Service Procedures and Require Use of Correct Mailing Address was enclosed in a sealed envelope and addressed as follows, with first-class postage fully prepaid, and placed for mailing through the United States Postal Service

Clerk of the Court Rm 1501
United States District Court
2500 Tulare Street
Fresno, CA 93721

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 26, 2026,

Jamie Osuna